UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:17-cr-00208-13 |
| ) | |
| BRITTANY LATISHA JAMES ) | |
| ) | |
| Defendant ) | |

ORDER

Upon consideration of Defendant's Motion to File Under Seal, it is hereby ORDERED that;

The Defendant's Motion to File Under Seal is GRANTED. The Clerk shall file Defendant's Sentencing Memorandum under seal.

This 29th day of January, 2018

_____
Honorable William T. Moore Jr.
Judge of United States District Court
Southern District of Georgia
Savannah Division